MELINDA HAAG (CABN 132612)
United States Attorney
J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division
DANIEL P. TALBERT (SBN OH 0084088)
Special Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone:    (415) 436-7200
Fax:          (415) 436-7234
E-Mail:       Daniel.Talbert@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>RICHARD TORRE,<br><br>          Defendant. | Case No.: CR-13-00533 WHO<br><br>**STIPULATION AND ORDER TO EXCLUDE TIME BETWEEN SEPTEMBER 5, 2013, AND SEPTEMBER 19, 2013** |

The defendant, RICHARD TORRE, represented by RITA BOSWORTH, Assistant Federal Public Defender, and the government, represented by DANIEL P. TALBERT, Special Assistant United States Attorney, stipulate that time should be excluded from September 5, 2013 to September 19, 2013 from the Speedy Trial Clock.

The parties appeared before the Court on September 5, 2013.  The parties jointly requested to appear before the Court on September 19, 2013 for a status/ change of plea hearing.  Based on the parties' request, the matter was continued to September 19, 2013 at 1:30 p.m. before Judge Orrick.

3:13-cr-00533 WHO     STIP. & PROP. ORDER TO EXCLUDE TIME                                                    1

1  The parties now jointly request that time be excluded from the Speedy Trial Clock from
2  September 5, 2013, to September 19, 2013.  The parties request that time be excluded based upon the
3  need for effective preparation of counsels, pursuant to Title 18 United States Code, Section
4  3161(h)(7)(B)(iv).  The parties are attempting to negotiate a possible resolution of this matter.

DATED:      September 5, 2013                    Respectfully submitted,

                                                 MELINDA HAAG
                                                 United States Attorney


                                           By   *s/ Daniel P. Talbert*
                                                 DANIEL P. TALBERT
                                                 Special Assistant U.S. Attorney


DATED:      September 5, 2013              BY   *s/ Rita Bosworth*
                                                 RITA BOSWORTH
                                                 Assistant Federal Public Defender
                                                 (as authorized by email)

3:13-cr-00533 WHO    STIP. & PROP. ORDER TO EXCLUDE TIME                              2

ORDER

Based upon the representations of counsels and for good cause shown, the Court finds that failing to exclude the time between September 5, 2013 and September 19, 2013 would unreasonably deny counsels the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between September 5, 2013 and September 19, 2013 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between September 5, 2013 and September 19, 2013 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: September 5, 2013

_____
HON. WILLIAM H. ORRICK
United States District Judge