1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  DANIEL P. TALBERT (SBN OH 0084088)
        Special Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone:    (415) 436-7200
        Fax:          (415) 436-7234
7       E-Mail:       Daniel.Talbert@usdoj.gov

8                      UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,            )  Case No.: CR 13-00533 WHO
                                         )
13                    Plaintiff,         )  **STIPULATION AND ORDER TO**
        v.                               )  **CONTINUE CHANGE OF PLEA**
14                                       )  **HEARING UNTIL SEPTEMBER 26, 2013,**
    RICHARD TORRE,                       )  **AND TO EXCLUDE TIME BETWEEN**
15                                       )  **SEPTEMBER 19, 2013, AND**
                      Defendant.         )  **SEPTEMBER 26, 2013**
16                                       )
                                         )
17

18      The defendant, RICHARD TORRE, represented by RITA BOSWORTH, Assistant Federal

19  Public Defender, and the government, represented by DANIEL P. TALBERT, Special Assistant United

20  States Attorney, stipulate to continue the defendant's change of plea hearing, currently set for September

21  19, 2013, until September 26, 2013.  The parties further stipulate that time should be excluded from

22  September 19, 2013, to September 26, 2013 from the Speedy Trial Clock.

23      The parties appeared before the Court on September 5, 2013, and requested a change of plea

24  hearing to be set for September 19, 2013.  The United States provided a plea agreement draft to defense

25  counsel on September 17, 2013, and defense counsel requires additional time to review the agreement

26  with her client.  Therefore, the parties request a continuance until September 26, 2013.

27  STIP. TO CONTINUE CHANGE OF PLEA, CR 13-00533 WHO

28                                        1

1    The parties also jointly request that time be excluded from the Speedy Trial Clock from

2  September 19, 2013, to September 26, 2013.  The parties request that time be excluded based upon the

3  need for effective preparation of counsels, pursuant to Title 18 United States Code, Section

4  3161(h)(7)(B)(iv).

5  DATED:        September 18, 2013                    Respectfully submitted,

6                                                     MELINDA HAAG
                                                      United States Attorney
7

8                                                     By *s/ Daniel P. Talbert*
                                                        DANIEL P. TALBERT
9                                                       Special Assistant U.S. Attorney

10

11  DATED:        September 18, 2013          BY    *s/ Rita Bosworth*
                                                    RITA BOSWORTH
12                                                  Assistant Federal Public Defender
                                                    (as authorized by email)
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  STIP. TO CONTINUE CHANGE OF PLEA, CR 13-00533 WHO
                                                2
28

1              ORDER

2          Based upon the representations of counsels and for good cause shown, the Court orders that the

3    change of plea hearing for the defendant shall be re-set for September 26, 2013, at 1:30 pm.  The Court

4    further finds that failing to exclude the time between September 19, 2013, and September 26, 2013

5    would unreasonably deny counsels the reasonable time necessary for effective preparation, taking into

6    account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the

7    ends of justice served by excluding the time between September 19, 2013, and September 26, 2013 from

8    computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a

9    speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between September 19, 2013, and

10   September 26, 2013 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §

11   3161(h)(7)(A) and (B)(iv).

12

13   DATED: _September 18, 2013_____

                                    HON. WILLIAM H. ORRICK
14                                   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27   STIP. TO CONTINUE CHANGE OF PLEA, CR 13-00533 WHO

28                              3