STEVEN G. KALAR
Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Telefacsimile: (415) 436-7706

Counsel for Defendant TORRE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                           )<br>                    Plaintiff,              )<br>                                                           )<br>v.                                                       )<br>                                                           )<br>RICHARD TORRE,                          )<br>                                                           )<br>                    Defendant.         )<br>_____) | No. CR-13-533 WHO<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING<br><br>Current hearing date: February 6, 2014<br>Proposed hearing date: March 6, 2014 |

1.  Mr. Torre is currently scheduled to be sentenced on February 6, 2014.

2.  As of the date of this filing, the probation office has not disclosed the draft presentence report to the parties. This is in violation of Rule 32(e)(2), which requires the probation officer to disclose the draft report "at least 35 days before sentencing."

3.  In order to ensure that the parties have an opportunity to review and make objections to the presentence report, in accordance with Rule 32, the parties request that the Court continue Mr. Torre's sentencing to March 6, 2014.

4.  Mr. Torre is out of custody, so a continuance does not prejudice him in any way.

//

*U.S. v. Torre*, 13-533  Stipulation to continue sentencing

IT IS SO STIPULATED.

          MELINDA HAAG
          United States Attorney

1/17/14           /s/
_____    _____
DATED           DANIEL TALBERT
          Special Assistant United States Attorney


          STEVEN KALAR
          Federal Public Defender

1/17/14           /s/
_____    _____
DATED           RITA BOSWORTH
          Assistant Federal Public Defender

    In light of the parties' stipulation, it is hereby ORDERED that the sentencing hearing set for February 6, 2014, is VACATED and RESCHEDULED for March 6, 2014, at 2:30 p.m.


January 22, 2014
_____    _____
DATED           WILLIAM ORRICK
          United States District Judge