1 STEVEN KALAR
Federal Public Defender
2 RITA BOSWORTH
Assistant Federal Public Defender
3 450 Golden Gate Avenue
San Francisco, CA 94102
4 Telephone: (415) 436-7700

5 Counsel for Defendant TORRE

FILED
JUN 2 3 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-533 WHO (NC) |
| v. | STIPULATION AND [PROPOSED] ORDER TO RETURN DEFENDANT'S PASSPORT |
| RICHARD TORRE, | |
| Defendant. | |

1. On August 14, 2013, Mr. Torre made his initial appearance in federal magistrate court. He was released on a $100,000 unsecured bond. One condition of his release was for him to surrender all passports. He did surrender an expired passport to pretrial services on August 20, 2013.

2. On March 6, 2014, Mr. Torre was sentenced to 6 months in custody and 6 months of home confinement. He was ordered to surrender to the Bureau of Prisons on May 1, 2014, at which point his custodial sentence will commence. He remains on the same conditions of pretrial release until that date.

3. Mr. Torre would like to ensure the return of his expired passport once he is out of custody. According to his pretrial services officer, Josh Libby, his passport may be returned to him once he is out of custody. A court order is necessary.

4. As such, the parties hereby stipulate that once Mr. Torre has completed serving his custodial sentence, the Court should permit pretrial services to return his expired

U.S. v. Torre, CR 13-533 WHO
STIPULATION AND [PROPOSED] ORDER

1 passport.

2. 5. The government and pretrial services have no objection to this request.

3. SO STIPULATED.

STEVEN KALAR
Federal Public Defender

3/14/14                  /s/
_____     _____
DATE                  RITA BOSWORTH
Assistant Federal Public Defender

MELINDA HAAG
United States Attorney

3/14/14                  /s/
_____     _____
DATE                  DANIEL TALBERT
Special Assistant United States Attorney

### [PROPOSED] ORDER

Good cause appearing, IT IS ORDERED that the defendant's passport shall be returned to him upon completion of the custodial portion of his sentence in the above-captioned case.

6/23/14
_____     _____
DATE                  NATHANAEL COUSINS
United States Magistrate Judge